## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **MORRIS DEAN KNOTT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 7:18-cv-165-O |
| | § | |
| **PAUL CUNNINGHAM,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's civil rights claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

Plaintiff's claims of negligence, construed as a diversity action raising state law claims, are **DISMISSED** without prejudice pursuant to Rule 12(b)(1), Federal Rules of Civil Procedure, for lack of jurisdiction.

**SIGNED** this **14th day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE